UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SULTANI ANWUAH BENYAMEN,

        Plaintiff,

                                       Civil No. 2:09cv11757

v.

                                       HON  PATRICK J. DUGGAN

MICK DEDVUKAJ, District Director,             MAG. JUDGE VIRGINIA M. MORGAN
U.S. Department of Homeland Security,
Detroit, MI; ERIC HOLDER, JR., U.S. Attorney
General; ROBERT MUELLER, Director, U.S.
Bureau of Federal Investigation,

        Defendants.

_____/

## <u>STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE</u>

       Plaintiff Sultani Anwuah Benyamen and defendants Mick Dedvukaj, *et al.*, by and through

their undersigned attorneys, stipulate to the entry of an order dismissing the above-captioned case

with prejudice and with each party bearing his or her own costs and attorney fees.

DAVID K. WENGER and                TERRENCE BERG
ASSOCIATES, P.C.                    United States Attorney

 *s/Melanie Goldberg (with consent)*        *s/Derri T. Thomas*
MELANIE GOLDBERG (P56677)        DERRI T. THOMAS (P53439)
Attorneys for Plaintiff                 Assistant U.S. Attorney
535 Griswold, Suite 1600             211 W. Fort Street, Suite 2001
Detroit, MI 48226                    Detroit, MI 48226-3211
(313) 963-3135                      (313) 226-9153
attorneymelanie@aol.com            derri.thomas@usdoj.gov

Dated: December 30, 2009             Dated: December 30, 2009

       **IT IS SO ORDERED.**

                                   s/PATRICK J. DUGGAN
Dated: December 30, 2009             United States District Judge